**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON BIVINS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOR MOTOR COACH, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:20-cv-00777 NONE JLT <br><br> ORDER GRANTING JOINT MOTION TO CHANGE VENUE <br><br> (Doc. 8) |

The parties agree that the venue of this case is properly in the Northern District of Indiana in South Bend, Indiana. (Doc. 8) They base their motion on their agreement that the express warranty determined that Indiana is the proper venue for litigation. Id. at 2. Thus, the Court **ORDERS**:

1. The joint motion of the parties to change the venue to the Northern District of Indiana in South Bend, Indiana is **GRANTED**;

2. All deadlines set in this matter are VACATED and will be re-set by the Court in the receiving District.

IT IS SO ORDERED.

Dated: __July 28, 2020__             _____/s/ Jennifer L. Thurston_____
                                     UNITED STATES MAGISTRATE JUDGE